Form ntcdsm (01/2006)

# UNITED STATES BANKRUPTCY COURT
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

In Re:

Medical Transport Services Inc

Debtor(s).

Case Number: 06–10460–TTG
Chapter: 11

## NOTICE OF DISMISSAL

TO: DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST

YOU ARE NOTIFIED that an Order of Dismissal of this case was signed on **March 17, 2006** by a U.S. Bankruptcy Court Judge. Any unpaid fees in a dismissed case are due and owing to the Clerk of the Bankruptcy Court.

Dated: March 29, 2006

                                        Mark L. Hatcher
                                        Clerk, U.S. Bankruptcy Court


                                        By: Shelley R Haneck
                                        Deputy Clerk